Lester Schmid, Appellant, *v.* Harry Werner et al., Defendants, and City of New York, Respondent.

Argued November 29, 1951; decided January 10, 1952.

*Joseph J. Einhorn* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.   [See 304 N. Y. 643.]